UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHARLES LOENS | : | |
|     *Plaintiff* | : | |
| | : | |
| v. | : | C.A. No. 1:19-cv-00268-WES-PAS |
| | : | |
| WALGREENS COMPANY-PAID | : | |
| DISABILITY PLAN FOR SALARIED | : | |
| TEAM MEMBERS, PHARMACISTS | : | |
| AND REGISTERED NURSES, | : | |
| WALGREEN EASTERN CO., | : | |
| INC., and SEDGWICK CLAIMS | : | |
| MANAGEMENT SERVICES, INC. | : | |
|     *Defendants* | : | |

## **DISMISSAL STIPULATION**

Plaintiff and Defendants agree that the Complaint may be dismissed with prejudice, no costs or fees awarded.


Respectfully Submitted:

| | |
|---|---|
| Plaintiff,<br>CHARLES LOENS<br>By his attorneys,<br><br>/s/ Mason Waring<br>J. Scott Kilpatrick, Esq. (#4036)<br>jskilpatrick@cck-law.com<br>Mason J. Waring, Esq. (#7737)<br>mwaring@cck-law.com<br>Leah Small, Esq. (#9701)<br>lsmall@cck-law.com<br>Chisholm Chisholm & Kilpatrick LTD<br>321 S Main Street #200<br>Providence, RI 02903<br>(401) 331-6300<br>(401) 421-3185 Fax | Defendants,<br>WALGREENS COMPANY-PAID<br>DISABILITY PLAN FOR SALARIED<br>TEAM MEMBERS, PHARMACISTS,<br>AND REGISTERED NURSES,<br>WALGREEN EASTERN CO., INC., and<br>SEDGWICK CLAIMS MANAGEMENT<br>SERVICES, INC.<br><br>By their attorneys,<br><br>/s/ Brooks R. Magratten<br>Brooks R. Magratten, Esq. (#3585)<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 (Fax)<br>bmagratten@pierceatwood.com |

        Kimberly A. Jones (*pro hac vice*)
        Drinker Biddle & Reath LLP
        191 N. Wacker Drive, Ste. 3700
        Chicago, IL 60606-1698
        (312) 569-1296
        (312) 569-3000 Fax
        Kimberly.Jones@dbr.com

## Certificate of Service

     I, the undersigned, hereby certify that on the 28th day of January 2020, I electronically filed the within with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System.

        /s/ Mason J. Waring